IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03235-BNB

TIMOTHY DOYLE YOUNG,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

---

## ORDER OF DISMISSAL

---

        Plaintiff, Timothy Doyle Young, a federal prisoner housed in the State of
Colorado, originally filed a prisoner complaint in the United States District Court for the
Eastern District of Michigan.  That court determined that venue in the instant action
properly lies in the United States District Court for the District of Colorado and entered
an order on November 26, 2013, transferring the action here pursuant to 28 U.S.C. §§
1391(b) and 1404(a).

        On November 27, 2013, Magistrate Judge Boyd N. Boland entered an order
directing Mr. Young to cure certain deficiencies if he wished to pursue his claims.
Specifically, Magistrate Judge Boland ordered Mr. Young to file his claims on the
Court-approved form used in filing prisoner complaints.  Magistrate Judge Boland also
directed Mr. Young either to pay the filing fee in full or to file a motion seeking leave to
proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with required financial
information.

Mr. Young has failed to file his claims on the Court-approved form and to either submit a 28 U.S.C. § 1915 Motion and Affidavit or pay the $400.00 filing fee in full.  The action will be dismissed because Mr. Young has failed to cure the deficiencies within the time allowed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P.24.

Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this __3rd__ day of ___January_____, 2014.

BY THE COURT:

_s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court